IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1742 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-410 (RGA) |

| | |
|---|---|
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 25-349 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 25-631 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 25-694 (RGA) |

2

| | | |
|---|---|---|
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MACLEODS PHARMACEUTICALS LTD. and MACLEODS PHARMA USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-719 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, and ALEMBIC PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-753 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HETERO LABS LIMITED, ASCENT PHARMACEUTICALS INC., and CAMBER PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-754 (RGA) |

3

|  |  |  |
|---|---|---|
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 25-1043 (RGA) |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Gwen Hochman Stewart, Esquire, of SIDLEY AUSTIN LLP is hereby withdrawn as counsel of record for Plaintiff Janssen Pharmaceuticals, Inc. ("Janssen"). Janssen continues to be represented by attorneys of the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and SIDLEY AUSTIN LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.*

September 3, 2025

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 3, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| Andrew J. Miller, Esquire<br>Frank D. Rodriguez, Esquire<br>Louis H. Weinstein, Esquire<br>Kiersten A. Fowler, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms<br>Madison, NJ  07940<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Lance A. Soderstrom, Esquire<br>Deepro Mukerjee, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>*Attorneys for Defendants Lupin Limited and*<br>*Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Jillian M. Schurr, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661<br>*Attorneys for Defendants Lupin Limited and*<br>*Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Jitty Malik, Ph.D.<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28202-4213<br>*Attorneys for Defendants Lupin Limited and*<br>*Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Taro Pharmaceutical*<br>*Industries Ltd. and Taro Pharmaceuticals*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |
| Stephen P. Benson, Esquire<br>Kimberly A. Beis, Esquire<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>*Attorneys for Defendants Taro Pharmaceutical*<br>*Industries Ltd. and Taro Pharmaceuticals*<br>*U.S.A., Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| J.C. Rozendaal, Esquire<br>Chandrika Vira, Esquire<br>Brady P. Gleason, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005<br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* | *VIA ELECTRONIC MAIL* |
| Wendy L. Devine, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* | *VIA ELECTRONIC MAIL* |
| Elham Firouzi Steiner, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>12235 El Camino Real<br>San Diego, CA 92130<br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Ty W. Callahan, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>633 West 5th Street, Suite 1550<br>Los Angeles, CA  90071<br>*Attorneys for Defendants Mylan*<br>*Pharmaceuticals Inc. and Mylan Inc.* | *VIA ELECTRONIC MAIL* |
| John M. Seaman, Esquire<br>April M. Ferraro, Esquire<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Defendants Cipla Ltd.,*<br>*Cipla USA Inc. and Invagen Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Neal Seth, Esquire<br>Teresa M. Summers, Esquire<br>WILEY REIN LLP<br>2050 M Street NW<br>Washington, DC  20036<br>*Attorneys for Defendants Cipla Ltd.,*<br>*Cipla USA Inc. and Invagen Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Brian Sodikoff, Esquire<br>Rachel L. Schweers, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661-3693<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>KRATZ & BARRY LLP<br>800 N. West Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants Aurobindo Pharma*<br>*Limited and Aurobindo Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |

4

| | |
|---|---|
| Timothy H. Kratz, Esquire<br>George J. Barry III, Esquire<br>John Thallemer, Esquire<br>KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA 30338<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Michael P. Hogan, Esquire<br>KRATZ & BARRY LLP<br>622 South 4th Street<br>P.O. Box 63765<br>Philadelphia, PA 19147<br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMATIOS & WEINBLATT LLC<br>800 N. West Street Third Floor<br>Wilmington, Delaware 19801<br>*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

5