IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL No. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. LUPIN LIMITED, et al. Defendants. | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC. Plaintiffs, v. MYLAN PHARMACEUTICALS INC. and MYLAN INC. Defendants. | C.A. No. 21-1742 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC. Plaintiffs, v. DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD. Defendants. | C.A. No. 23-410 (RGA) |

## JOINT STATUS REPORT REGARDING STAY

Pursuant to the Stipulation and Order Regarding Stay, entered by the Court on September 8, 2023 (D.I. 187), the Parties provide the following joint status report:

Oral argument was held in the appeal of *Mylan Pharmaceuticals Inc. et al. v. Bayer Pharma AG*, IPR2022-00517 (PTAB),[1] to the United States Court of Appeals for the Federal Circuit, *see Bayer Pharma Aktiengesellschaft v. Mylan Pharmaceuticals Inc.*, No. 23-2434 (Fed. Cir.), on May 6, 2025. A decision has not yet issued.

---

[1] IPR2022-00517 includes IPR2022-01513 and IPR2022-01515, which were joined with that proceeding.

Dated: September 5, 2025

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| /s/ Derek J. Fahnestock | /s/ Neal C. Belgam |

| | |
|---|---|
| Rodger D. Smith (#3778) <br> Derek J. Fahnestock (#4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@morrisnichols.com <br> dfahnestock@morrisnichols.com <br><br> *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.* | Neal C. Belgam (#2721) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br><br> *Attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Megan C. Haney | /s/ Robert M. Vrana |
| John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE 19806-4204 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | Anne Shea Gaza (#4093) <br> Robert M. Vrana (#5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br><br> *Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.* |

| | |
|---|---|
| SHAW KELLER LLP | MORRIS JAMES LLP |
| /s/ Nathan R. Hoeschen | /s/ Kenneth L. Dorsney |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| POTTER ANDERSON & CORROON LLP | ABRAMS & BAYLISS LLP |
| /s/ Bindu A. Palapura | /s/ April M. Ferraro |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* | John M. Seaman (#3868)<br>April M. Ferraro (#6152)<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>(302) 778-1000<br>seaman@abramsbayliss.com<br>ferraro@abramsbayliss.com<br><br>*Attorneys for Defendants Cipla Ltd., Cipla USA Inc., and Invagen Pharmaceuticals, Inc.* |

| | |
|---|---|
| HEYMAN ENERIO GATTUSO & HIRZEL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Dominick T. Gattuso* | */s/ Samantha G. Wilson* |
| Dominick T. Gattuso (#3630)<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19801<br>Phone: (302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorney for Defendant Prinston Pharmaceutical, Inc.* | Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>swilson@ycst.com<br><br>*Attorney for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.* |
| KRATZ & BARRY LLP | MORRIS JAMES LLP |
| */s/ R. Touhey Myer* | */s/ Kenneth L. Dorsney* |
| R. Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-8378<br>tmyer@kratzandbarry.com<br><br>*Attorney for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Hetero Labs Limited, Ascent Pharmaceuticals Inc., and Camber Pharmaceuticals, Inc.* |