IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED, et al. <br><br> Defendants. | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LTD., CIPLA USA INC., INVAGEN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 23-1196 (RGA) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. hereby voluntarily dismiss all claims in C.A. No. 23-1196 (RGA) without prejudice.

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| Bruce R. Genderson | */s/ Derek J. Fahnestock* |
| Dov P. Grossman | _____ |
| Alexander S. Zolan | Rodger D. Smith II (#3778) |
| Kathryn S. Kayali | Derek J. Fahnestock (#4705) |
| Julie L. Tavares | 1201 North Market Street |
| Dana S. Kinel | P.O. Box 1347 |
| WILLIAMS & CONNOLLY LLP | Wilmington, DE 19899 |
| 680 Maine Ave SW | (302) 658-9200 |
| Washington, DC 20024 | rsmith@morrisnichols.com |
| (202) 434-5000 | dfahnestock@morrisnichols.com |
| | |
| *Attorneys for Plaintiffs Bayer Pharma AG and Bayer AG* | *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc.* |
| | |
| Stephanie P. Koh | |
| SIDLEY AUSTIN LLP | |
| One South Dearborn | |
| Chicago, IL 60603 | |
| (312) 853-7000 | |
| | |
| *Attorneys for Plaintiff Janssen Pharmaceuticals, Inc.* | |

December 9, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2025, upon the following in the manner indicated:

| | |
|---|---|
| John M. Seaman, Esquire<br>April M. Ferraro, Esquire<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Defendants Cipla Ltd.,*<br>*Cipla USA Inc. and Invagen Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Neal Seth, Esquire<br>Teresa M. Summers, Esquire<br>WILEY REIN LLP<br>2050 M Street NW<br>Washington, DC  20036<br>*Attorneys for Defendants Cipla Ltd.,*<br>*Cipla USA Inc. and Invagen Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)